# Supreme Court of Texas

No. 21-1047

Alcus Reshod Fortenberry,
*Petitioner*,

v.

Great Divide Insurance Company,
*Respondent*

On Petition for Review from the
Court of Appeals for the Fifth District of Texas

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and counsels' argument, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The judgment of the court of appeals is reversed;

2) The cause is remanded to the court of appeals for further proceedings; and

3) Petitioner shall recover, and Respondent shall pay, the costs incurred by Petitioner in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the 134th District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered by Justice Huddle.

March 31, 2023

**********